O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| TAMMY L. BENSON, | ) | CASE NO. CV 13-05529 RZ |
| Plaintiff, | ) | |
| vs. | ) | JUDGMENT |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | ) | |
| Defendant. | ) | |

In accordance with the Memorandum Opinion and Order filed concurrently herewith,

IT IS ORDERED AND ADJUDGED that the decision of the Commissioner of Social Security is reversed and the matter is remanded to the Commissioner for the awarding of benefits.

DATED: July 24, 2014

RALPH ZAREFSKY
UNITED STATES MAGISTRATE JUDGE